UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA

            -against-

HECTOR HERNANDEZ-ESCOLASTICO,

            Defendant(s).
-------------------------------------------------------x

**ORDER**

19 Cr. 803-01 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

    The Court appoints C.J.A. counsel Samuel Braverman for the limited purpose of handling Defendant's compassionate release motion.

    The briefing schedule for Defendant's motion for compassionate release is as follows: moving/supplemental papers shall be filed on January 24, 2022; opposition papers shall be filed on February 14, 2022; and reply papers, if any, shall be filed on March 4, 2022.  Th parties are directed to provide chambers with two hard courtesy copies (and one electronic emailed to chambers) as the respective papers are filed.

SO ORDERED.

Dated: White Plains, New York
           December 17, 2021

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2021