UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/2022
```

UNITED STATES OF AMERICA,

  -against-

HECTOR HERNANDEZ-ESCOLASTICO,

                Defendant.

No. 19 CR 803 (NSR) (01)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

The Court received Defendant Hector Hernandez-Escolastico's *pro se* motion for compassionate release, dated May 18, 2022, filed under seal.

The Court appoints CJA counsel Samuel Braverman for the limited purpose of handling Defendant's application and directs counsel to file a Notice of Appearance. Mr. Braverman is granted additional time to supplement Defendant's application. The briefing schedule for Defendant's motion for compassionate release is as follows: Defendant's moving/supplemental papers shall be filed on July 7, 2022, and the Government's opposition papers shall be filed on July 28, 2022. The parties are directed to provide chambers with two courtesy hardcopies and one electronic courtesy copy (emailed to chambers) as the respective papers are filed.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant at the following address and to show service on the docket: Hector Hernandez Escolastico, 87185-054, Federal Correctional Institution, FCI Fairton Satellite Camp, P.O. Box 420, Fairton, NJ 08320.

Dated: June 7, 2022
      White Plains, New York

SO ORDERED.

_____
NELSON S. ROMÁN
United States District Judge