**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/2022

MEMO ENDORSED

November 23, 2022

**BY CM/ECF**
The Honorable Nelson S. Román
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re: *United States* v. *Hector Hernandez-Escolastico*, 19 Cr. 803 (NSR)

Dear Judge Román:

The Government respectfully requests, with the consent of defense counsel, that the Court unseal its August 23, 2022 Opinion and Order (the "Order") denying the defendant's second compassionate release motion. The parties will jointly submit a copy of the Order to Chambers with limited proposed redactions concerning the defendant's medical records for the Court's consideration. The Government respectfully offers that the proposed unsealing would be consistent with the presumption of public access to judicial documents, as well as the Court's March 7, 2022 order on the public docket denying the defendant's first compassionate release motion. (ECF No. 33.)

The Govt's request to unseal the Court's Opinion and Order, dated Aug. 23, 2022, is construed as a request to file a redacted version of this Opinion. The request is GRANTED with defense counsel's consent. The Court will submit for filing the parties' redacted version of the Opinion. Clerk of Court is requested to terminate the motion at ECF No. 40.

Dated: November 28, 2022
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Nicholas S. Bradley
Assistant United States Attorney
(212) 637-1581

cc: Samuel Braverman, Esq. (by ECF)

Enclosure